**1**

Fred SKIDMORE v. STATE. (No. 10198.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Commissioners' Decision. Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. J. E. Newberry, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BETHEA, J. The appellant was convicted in the district court of Dallas county for the offense of keeping a building, room, and place for the purpose of storing, selling, receiving, and delivering intoxicating liquor, and his punishment assessed at two years in the penitentiary. We find in the record an affidavit in due form, made by appellant, requesting that his appeal be dismissed. The request is granted; the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**2**

Joe SOUKUP v. STATE. (No. 10240.) (Court of Criminal Appeals of Texas. Dec. 22, 1926.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. McNamara & Scott, of Waco, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

**3**

ROY STEWART v. STATE. (No. 10747.) (Court of Criminal Appeals of Texas. Jan. 5, 1927.) Appeal from District Court, Taylor County; W. R. Ely, Judge. Oliver Cunningham and Ben L. Cox, both of Abilene, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

**4**

L. A. TALLEY v. STATE. (No. 10434.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Commissioners' Decision. Appeal from District Court, Stephens County; C. O. Hamlin, Judge. V. L. Shurtleff, of Breckenridge, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BAKER, J. The appellant was convicted in the district court of Stephens county of the offense of unlawfully selling intoxicating liquors, and his punishment assessed at three years in the penitentiary. The appellant has filed in this court his personal affidavit in writing, duly sworn to, requesting that this appeal be dismissed, and after a careful examination of the same, and finding said affidavit in due form, the request is hereby granted, and the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**5**

Dock TRINKLE v. STATE. (No. 10704.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Commissioners' Decision. Appeal from District Court, Wood County; J. R. Warren, Judge. C. E. Florence, of Gilmer, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BETHEA, J. The appellant was convicted of unlawfully driving and operating a motor vehicle upon the highways, and his punishment assessed at confinement in the penitentiary for a term of six months. We find in the record an affidavit in due form, made by appellant, requesting that his appeal be dismissed. The request is granted; the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**6**

Murf TYSON v. STATE. (No. 10362.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Commissioners' Decision. Appeal from District Court, Milam County; John Watson, Judge. Chambers, Wallace & Gillis, of Cameron, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BETHEA, J. The appellant was convicted in the district court of Milam county for the offense of theft, and his punishment assessed at two years in the penitentiary. We find in the record an affidavit in due form, made by appellant, requesting that his appeal be dismissed. The request is granted, and the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.